HONORABLE **PCD**
DEPUTY CLERK P. Villano   RPTR/EROTAPE Sherman Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 1/9/04   START TIME 9:00a   END TIME 4:55
LUNCH RECESS FROM 1:00 TO 2:30
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Kobierowski

CIVIL NO. 3:01cv1768 PCD

Barbara Cox
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Brill Edwards

Edward Holahan
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to ___
☑ ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until ___
☐ # ___ Motion ___  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ___  ☐ filed ☐ docketed
☐ ___  ☐ filed ☑ docketed
☐ ___  ☐ filed ☐ docketed
☐ ___  ☐ filed ☐ docketed

☑ 78 # jurors present
☑ Voir Dire oath administered by Clerk  ☐ previously administered by Clerk
☑ Voir Dire by Court
☑ Peremptory challenges exercised (See attached)
☑ Jury of 10 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☐ Remaining jurors excused
☐ Discovery deadline set for ___
☐ Dispositive Motions due ___
☐ Joint trial memorandum due ___
☑ Trial continued until 2/8/04 @ 10:00a

☑ COPY TO JURY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Kobierowski
   vs.                                       CASE NO. 3:01cv1768 PCD

Brill-Edwards

## CIVIL CHALLENGES

1. #15 Hamberg
2. #11 Tetrault
3. #12 Wheeler
4. _____
5. _____
6. _____
7. _____
8. _____

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Counsel for Plaintiff (s)

Barbara L. Cox

Counsel for Defendant (s)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Kobierowski

vs.

Brill- Edwards

CASE NO. 3 01cv1768 PCD

## CIVIL CHALLENGES

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

1. _31_ DANA M. SATKOWSKI
2. _63_ TIRRELL M. WILLIAMS
3. _66_ JEANNETTE MASSIE
4. _75_ LORALEI E. HANDY
5. _____
6. _____
7. _____
8. _____

Counsel for Plaintiff (s)

Counsel for Defendant (s)

_Edward J. Hoolahan, Jr._

Judge's List

Judge: PETER C. DORSEY
Event: ~~3:98CV1035(PCD)~~ 3:01cv1768
Description: DUNKLEY V DUARTE

Kobierowski v. Brill-Edwards
trial ~~1/30/04~~ 2/2

Date: 1/9/04
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| ~~1~~ | 100175384 | 01-0119 | STEVENS, JANE H  HAMDEN  REALTOR SECRETARY | 2/3, 1/26 - | CP |
| ~~2~~ | 100079172 | 01-0043 | ANDERSON, CONSTANCE S  OLD LYME  REALESTATE SALES | | |
| ~~3~~ | 100067744 | 01-0077 | MYNARSKI, VICTOR B  UNCASVILLE  RETIRED | — | CP |
| ~~4~~ | 100075600 | 01-0041 | WALL, BRADFORD S  NORWICH  ENGINEER | Short | |
| ~~5~~ | 100174377 | 01-0124 | ARESCO, SHERRY E  EAST HAMPTON  MEDICAL SECRETARY | 2/5 | |
| ~~6~~ | 100156301 | 01-0080 | RYAN, JAMES E  CHESHIRE  MACHINE WORKER | | CP |
| 7 | 100145267 | 01-0085 | STEVENS, MARK ALLAN  EAST HAMPTON  ENGINEER | | J1 |
| 8 | 100166922 | 01-0022 | JACOBSEN, JUDITH A  MILFORD  CLERK | 2/16 - 2/20 | J2 |
| ~~9~~ | 100139431 | 01-0026 | NATALE, SHARON L  WATERBURY  PURCHASING | | CP |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| 10 | 100160988 | 01-0037 | MCLAUGHLIN, BONITA L<br>WEST HAVEN<br>RECEPTIONIST | | J3 |
| ~~11~~ | 100139895 | 01-0084 | TETRAULT, THOMAS R<br>MIDDLETOWN<br>WATER UTILITY WORKER | | ~~e~~ PP |
| ~~12~~ | 100079082 | 01-0087 | WHEELER, BARBARA A<br>STONINGTON<br>SALES/CLERK | 2/26 - 3/4 | PP |
| ~~13~~ | 100078928 | 01-0110 | COOKE, MICHAELE C<br>GROTON<br>INTERIOR DESIGNER | 1/15 - 2/8 | CP |
| ~~14~~ | 100055215 | 01-0089 | SHARR, SANDRA A<br>NOANK<br>ATTORNEY | 1/10 - 16, 1/07<br>2/4, 5, 6 | ~~(struck through)~~ |
| ~~15~~ | 100133685 | 01-0012 | HAMBERG, DELLA G<br>OLD SAYBROOK<br>BUSINESS OWNER | | PP |
| ~~16~~ | 100167834 | 01-0079 | TURMAN, MICHAEL J<br>ANSONIA<br>WAREHOUSE WORKER | | CP |
| ~~17~~ | 100179380 | 01-0020 | PORTER, DEBORAH E<br>PROSPECT<br>SECRETARIAL | 1/1 - 1/31 | |
| ~~18~~ | 100165350 | 01-0044 | DEMETROPOULOS, SHARON LEE<br>HAMDEN<br>SELF EMPLOYED | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:98CV1035(PCD)
Description: DUNKLEY V DUARTE

Date: 1/9/04
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| ~~19~~ | 100069997 | 01-0036 | SIISMETS, AVO ERIK<br>OAKDALE<br>MECHANICAL ENGINEER | 1/30 - 2/2 | CP |
| ~~20~~ | 100171394 | 01-0027 | BISBEE-SIMONDS, PAMELA B<br>GUILFORD<br>RETIRED | 1/14 - 1/15<br>2/2 - 2/10 | |
| ~~21~~ | 100141768 | 01-0125 | LUNDBERG, NANCY M<br>GUILFORD<br>RETIRED | | CP |
| ~~22~~ | 100179321 | 01-0081 | CAREY, CAROL A<br>EAST HAMPTON<br>RETIRED | | CP |
| ~~23~~ | 100067551 | 01-0104 | CHREIMAN JR, PAUL E<br>COLCHESTER<br>SALES | 1/19 - 23 | CP |
| 24 | 100130034 | 01-0076 | SANCOMB, JOHN T<br>HAMDEN<br>CONSULTANT | 2/1 - 15 | |
| ~~25~~ | 100171986 | 01-0107 | MICHELANGELO, MARIA N<br>NORTHFORD<br>CLERK | | CP |
| 26 | 100173578 | 01-0013 | BENDER, DAVID P<br>GUILFORD<br>VP OPERATIONS | 2/16 - 20 | |
| 27 | 100127729 | 01-0062 | DELEO, MARISA ANN<br>MILFORD<br>DUCK POND PRE SCH | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| ~~28~~ | 100149564 | 01-0094 | LEPRI, VERONICA M<br>WALLINGFORD<br>FINANCIAL SPECIALIST | |
| ~~29~~ | 100068772 | 01-0058 | BOLTZ, LELAND W<br>UNCASVILLE<br>ENGINEER | |
| ~~30~~ | 100078347 | 01-0068 | FOSTER, CHRISTOPHER P  2/1 - 2/28<br>FARMINGTON<br>ASST DIR ADMISSIONS | |
| ~~31~~ | 100158647 | 01-0051 | SATKOWSKI, DANA M<br>BEACON FALLS<br>MACHINE OPERATOR | PD |
| ~~32~~ | 100178224 | 01-0017 | PATTERSON, MELANIE<br>DURHAM<br>MED SONOGRAPHER | CP |
| ~~33~~ | 100150300 | 01-0042 | WYNNE, TRICIA A  1/30 - 2/5<br>BRANFORD  2/12 - 2/16<br>RESEARCHER | |
| ~~34~~ | 100075244 | 01-0123 | SCHICK, ALAN R<br>MYSTIC<br>CARPENTER | 4 |
| 35 | 100078739 | 01-0074 | EVANS, PATRICIA K<br>VOLUNTOWN<br>SECRETARY | 5 |
| 36 | 100067525 | 01-0083 | WILBUR, THOMAS G<br>GALES FERRY<br>APPLICATION ANALYST | 6 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100170735 | 01-0095 | MELLING, JAMES A — NEW HAVEN — INDUSTRIAL DESIGNER | 7 |
| 38 | 100167085 | 01-0091 | MORAN, MATTHEW T — EAST HAVEN — DENTAL SALES | 8 |
| 39 | 100138130 | 01-0069 | KOSOWSKY, BARRY L — EAST HAVEN — ACCOUNTING MGR | 9 |
| 40 | 100161810 | 01-0054 | HOBBS, WAYNE P — NEW HAVEN — PRINTER | |
| ~~41~~ | 100127210 | 01-0049 | PAULSEN, ALBERT C — BRANFORD — RETIRED   2/23 - 27 - vac | |
| 42 | 100127587 | 01-0047 | STRZEPEK, CATHY G — WESTBROOK — HOUSEWIFE | 10 |
| ~~43~~ | 100069600 | 01-0030 | LATAILLE-SANTIAGO, CHRISTINE A — WINDHAM — BANKER | |
| ~~44~~ | 100075586 | 01-0005 | CHERNOVITSKY, BELLA — NEW LONDON — SUPPLY ANALYST   1/21 a 2/4 | |
| ~~45~~ | 100079070 | 01-0118 | TASCA, ROBBIE B — WEST MYSTIC — AUTO DEALER G.M. | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

### Random

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100171595 | 01-0088 | BRAMAN, BARRY W<br>RETIRED | | |
| | | | HAMDEN | | |
| ~~47~~ | 100079952 | 01-0001 | VALLOMBROSO, IRENE C<br>MILITARY SERVICE | 2/11 - 26 | |
| | | | OLD LYME | | |
| 48 | 100175744 | 01-0045 | ARMETTA, CARL R<br>BUSINESS OWNER | | |
| | | | MIDDLETOWN | | |
| ~~49~~ | 100167168 | 01-0008 | JAQUIERY, EDITH G<br>TRAINING MGR | 1/23, 1/28,<br>2/6, 9, 18, 20, 23<br>25 + 27 | |
| | | | NORTH BRANFORD | | |
| ~~50~~ | 100132909 | 01-0113 | TRUINI, PAUUL<br>SYSTEM ENGINEER | | |
| | | | OXFORD | | |
| ~~51~~ | 100134695 | 01-0059 | WRONSKI, RICHARD P<br>ADJUNCT INSTRUCTOR | -Feb. | |
| | | | HAMDEN | | |
| 52 | 100070905 | 01-0018 | MAIN, RENEE<br>EXECUTIVE OFFICER | 1/16 - 21<br>2/18 - 24 & 27 | |
| | | | BOZRAH | | |
| 53 | 100139426 | 01-0009 | BARBARA, FRANK R<br>RETIRED | | |
| | | | NORTH HAVEN | | |
| 54 | 100147561 | 01-0111 | LEE, DALE T<br>INFO SVS TECH | | |
| | | | MIDDLETOWN | | |

Legend: J=Jury    A=Alternate    NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code |
|---|---|---|---|---|
| 55 | 100080776 | 01-0070 | BELL, JANE T<br>MYSTIC — REAL ESTATE BROKER | |
| ~~56~~ | 100166649 | 01-0040 | SWANSON, CYNTHIA F<br>NORTH BRANFORD — SECRETARY | |
| 57 | 100147914 | 01-0050 | STILKEY, HAZEN O<br>WOLCOTT — RETIRED | |
| ~~58~~ | 100166041 | 01-0046 | RIVERA-DEFELICE, ANNETTE  -Short<br>EAST HAVEN — STORE MANAGER | |
| 59 | 100177722 | 01-0099 | GOODE, RICHARD F<br>MIDDLEBURY — TARIFF MGMT | |
| ~~60~~ | 100143221 | 01-0016 | TVARDZIK, MICHAEL J  2/9 - 27<br>ANSONIA — INSPECTOR | CP |
| 61 | 100123399 | 01-0010 | BRACEY, WILLIAM H<br>NAUGATUCK — CHAUFFEUR LIMOUSINE | |
| 62 | 100067964 | 01-0065 | CUMMINGS, PAUL<br>OAKDALE | |
| ~~63~~ | 100177100 | 01-0103 | WILLIAMS, TIRRELL M<br>NEW HAVEN — CNA | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE

Date: 1/9/04  
Time: 9:09 AM

Random

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100079508 | 01-0092 | THOMAS, RHONDA K — CUSTODIAN<br>OAKDALE | |
| ~~65~~ | 100151974 | 01-0034 | SCHECHTER, KRISTEN L — SOCIAL WORKER<br>CHESHIRE | CP |
| ~~66~~ | 100131745 | 01-0003 | MASSIE, JEANNETTE — SOFT LINE DEPT MGR<br>NAUGATUCK | PD |
| ~~67~~ | 100140103 | 01-0025 | GREENE JR, LAWRENCE G — HOUSEKEEPING<br>NEW HAVEN | |
| 68 | 100161238 | 01-0105 | CHALMERS, DOUGLAS A — PROFESSOR<br>KILLINGWORTH | |
| ~~69~~ | 100080532 | 01-0060 | GOODE, DEBORAH K   1/27<br>NORWICH | |
| ~~70~~ | 100135595 | 01-0019 | SUROWIECKI, ROBERT S — Electrician<br>MERIDEN | |
| 71 | 100155157 | 01-0023 | LEPRE JR, JAMES D — CLERK<br>BRANFORD | |
| ~~72~~ | 100178436 | 01-0011 | PORCU, THERESA   after 2/15<br>MEMBERSHIP COORD   + 1/27<br>DERBY | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:98CV1035(PCD)  
Description: DUNKLEY V DUARTE  

Date: 1/9/04  
Time: 9:09 AM

Random  
| No. | Part No. | Pool Seq. | Name | | Code |
|---|---|---|---|---|---|
| 73 | 100141177 | 01-0038 | KUIVILA, RONALD J  MIDDLETOWN  PROFESSOR | 1/30 - 2/15 | |
| 74 | 100067721 | 01-0098 | ROLLA, WILLIAM R  VOLUNTOWN  ELECTRICAL ENGINEER | | CP |
| 75 | 100175514 | 01-0006 | HANDY, LORALEI E  NEW HAVEN  MACHINE OPEATOR | | PD |
| 76 | 100077830 | 01-0112 | WHEELER, SANDRA S  WATERFORD  RETIRED | 2/18 - 3/1 | |
| 77 | 100079171 | 01-0064 | SETEVAGE, KRISTEN A  GALES FERRY  STUDENT | 2/15 - after  1/12 - 16 | |
| 78 | 100164944 | 01-0048 | GREEN, CHERYL L  NEW HAVEN | 1/21 & 29 | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.