FILED

2004 JAN 30  P 2: 15

3. DISTRICT C...
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TEDDY J. KOBIEROWSKI and         :
KATHLEEN KOBIEROWSKI              :
                                 :
vs.                              :          CIVIL ACTION NO.
                                 :            3:01CV1768(PCD)
HEIDRUN BRILL-EDWARDS,           :
Executrix of the Estate of Harry :
Brill-Edwards                    :          January 29, 2004

### STIPULATION FOR DISMISSAL

The plaintiffs in the above entitled case stipulate and agree that this matter may be

dismissed.

THE PLAINTIFFS,
Teddy J. Kobierowski and
Kathleen Kobierowski

By:

WILLIAM F. GALLAGHER
The Gallagher Law Firm
1377 Boulevard, P.O .Box 1925
New Haven, CT  06509-1925
Tel:  (203) 624-4165
Fax: (203) 865-5598
Federal Bar #ct04147

THE GALLAGHER LAW FIRM  •  ATTORNEYS AT LAW
1377 ELLA T. GRASSO BOULEVARD  •  P.O. BOX 1925  •  NEW HAVEN, CONN. 06509-1925  •  JURIS NO. 101311
(203) 624-4165  •  TELEFAX (203) 865-5598

1

FILED

2004 JAN 30 P 2: 15

S. DISTRICT C...
NEW HAVEN. C...

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TEDDY J. KOBIEROWSKI | : | CIVIL NO.: 3:01CV1768(PCD) |
| KATHLEEN KOBIEROWSKI | | |
|   Plaintiffs | | |
| | | |
| TEDDY J. KOBIEROWSKI | | |
|   Employer – Intervening Plaintiff | : | |
| | | |
| vs. | | |
| | | |
| HEIDRUN BRILL-EDWARDS, | : | JANUARY 30, 2004 |
| EXECUTRIX OF THE ESTATE OF | | |
| HARRY BRILL-EDWARDS | | |
|   Defendant | : | |

### <u>MOTION FOR ORDER OF DISMISSAL BY CONSENT</u>

The Defendant hereby moves for an Order of Dismissal regarding all of the

Plaintiffs' claims and all of the Intervening Plaintiff's claims in the above-entitled matter,

a settlement having been reached among all parties.

THE DEFENDANT
HEIDRUN BRILL-EDWARDS,
EXECUTRIX OF THE ESTATE OF
HARRY BRILL-EDWARDS

By _____

Edward J. Holahan, Jr., Esq.
Holahan, Gumpper & Dowling
1375 Kings Highway East
P.O. Box 320177
Fairfield, CT 06825-0177
Tel. (203) 384-1385
Federal Bar No. ct10249

**CERTIFICATION**

This is to certify that on this 29th day of January, 2004, I hereby mailed a copy of the foregoing to:

Edward J. Holahan, Jr., Esq.
Michael A. Dowling, Esq.
Holahan, Gumpper & Dowling
P.O. Box 320177
Fairfield, CT 06432-0177

David A. Slossberg, Esq.
Brian C. Fournier, Esq.
Hurwitz & Sagarin, LLC
P.O. Box 112
Milford, CT 06460

Steven H. Malitz, Esq.
Kristin T. Herzog, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103-4303

Anne Zovas, Esq.
Pomeranz, Drayton & Stabnick
95 Glastonbury Blvd.
Glastonbury, CT 06033

WILLIAM F. GALLAGHER

THE GALLAGHER LAW FIRM  •  ATTORNEYS AT LAW
1377 ELLA T. GRASSO BOULEVARD  •  P.O. BOX 1925  •  NEW HAVEN, CONN. 06509-1925  •  JURIS NO. 101311
(203) 624-4165  •  TELEFAX (203) 865-5598