UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 30 P 2: 15
S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| TEDDY J. KOBIEROWSKI, ET AL. | : |
| vs. | : CIVIL NO. 3:01CV1768 (PCD) |
| HEIDRUN BRILL-EDWARDS,<br>EXEC. OF THE ESTATE OF<br>HARRY BRILL-EDWARDS | : |

### ORDER RE: STIPULATION OF DISMISSAL

Based on the stipulation signed by, and the advice of, the parties in this case, the case is hereby dismissed pursuant to Rule 41. The Court reserves to the parties the right to reopen the case for the purpose of executing the provisions in the settlement agreement, and retains jurisdiction for that purpose.

Dated at New Haven, Connecticut, this 30th day of January, 2004.

_____
Hon. Peter C. Dorsey
United States District Judge