United States District Court
District of Connecticut
FILED AT   HARTFORD
Feb. 5, 2004
Kevin F. Rowe, Clerk
P. A. Villano
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TEDDY J. KOBIEROWSKI and KATHLEEN KOBIEROWSKI | |
| vs. | CIVIL ACTION NO. 3:01CV1768(PCD) |
| HEIDRUN BRILL-EDWARDS, Executrix of the Estate of Harry Brill-Edwards | January 29, 2004 |

## STIPULATION FOR DISMISSAL

The plaintiffs in the above entitled case stipulate and agree that this matter may be dismissed.

THE PLAINTIFFS,
Teddy J. Kobierowski and
Kathleen Kobierowski

By: *[signature]*
WILLIAM F. GALLAGHER
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509-1925
Tel: (203) 624-4165
Fax: (203) 865-5598
Federal Bar #ct04147

THE GALLAGHER LAW FIRM • ATTORNEYS AT LAW • JURIS NO. 101311
1377 ELLA T. GRASSO BOULEVARD • P.O. BOX 1925 • NEW HAVEN, CONN. 06509-1925
(203) 624-4165 • TELEFAX (203) 865-5598

1

## CERTIFICATION

This is to certify that on this 29th day of January, 2004, I hereby mailed a copy of the foregoing to:

Edward J. Holahan, Jr., Esq.
Michael A. Dowling, Esq.
Holahan, Gumpper & Dowling
P.O. Box 320177
Fairfield, CT 06432-0177

David A. Slossberg, Esq.
Brian C. Fournier, Esq.
Hurwitz & Sagarin, LLC
P.O. Box 112
Milford, CT 06460

Steven H. Malitz, Esq.
Kristin T. Herzog, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103-4303

Anne Zovas, Esq.
Pomeranz, Drayton & Stabnick
95 Glastonbury Blvd.
Glastonbury, CT 06033

WILLIAM F. GALLAGHER

THE GALLAGHER LAW FIRM • ATTORNEYS AT LAW
1377 ELLA T. GRASSO BOULEVARD • P.O. BOX 1925 • NEW HAVEN, CONN. 06509-1925 • JURIS NO. 101311
(203) 624-4165 • TELEFAX (203) 865-5598